**BURCH & CRACCHIOLO, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX, AZ 85004
TELEPHONE 602.274.7611

Ryan W. Anderson (Ariz. No. 020974)
Alan A. Meda (Ariz. No. 009213)
Myles M. Lewallen (Ariz. No. 039576)
Jackson D. Hendrix (Ariz. No. 036452)
Shawn A. McCabe (Ariz. No. 032402)
Email: randerson@bcattorneys.com
Email: ameda@bcattorneys.com
Email: mlewallen@bcattorneys.com
Email: jhendrix@bcattorneys.com
Email: smccabe@bcattorneys.com
*Attorneys for Chapter 7 Trustee/Plaintiff Anthony H. Mason*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Advanced Laser and Eye Center of Arizona, P.C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:23-bk-01638-BKM |
| Anthony H. Mason, Chapter 7 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>KHS Revocable Trust; KK Trust I; KX3 Trust II; Khousheh Kian a/k/a Ziba Kian as Trustee of the KHS Revocable Trust; Khousheh Kian a/k/a Ziba Kian as Trustee of the KK Trust I; Khousheh Kian a/k/a Ziba Kian as Trustee of the KX3 Trust II,<br><br>Defendants. | **Adv. No. 2:25-ap-00170-BKM**<br><br>**CERTIFICATE OF SERVICE** |

Kim Runyan, states as follows:

I am employed as a Legal Assistant at the law firm of Burch & Cracchiolo, P.A., counsel of record in this matter. I am a citizen of the United States, over the age of

eighteen years and am otherwise competent to testify to the facts stated herein. I make this certification as evidence of service of the following:

- ***First Amended Complaint (Avoidance of Fraudulent Transfers Pursuant to U.S.C. § 548; Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. § 550) (Dkt. 31); and***
- ***Summons in an Adversary Proceeding (Dkt. 33)***

A copy of the foregoing was served via electronic mail (email) to each of the following parties on October 10, 2025:

Dominic Majors
Majors Law Group, P.C.
P.O. Box 27548
Tempe, AZ 85285
dominic@majorslawgroup.com
*Attorneys for Defendant*

Kenneth L. Neeley
Neeley Law
1120 S. Dobson Rd., Suite 230
Chandler, AZ 85266
kenn@neeleylaw.com
*Attorneys for Defendant Probate Estate of Kianoush Kian*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of October, 2025.

**BURCH & CRACCHIOLO, P.A.**

*/s/ KimRunyan*
Kim Runyan